IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

**D.T. HARGRAVES, JR. & DEMAN FARMS, LLLP**                                **PLAINTIFFS**

v.                           **CASE NO. 2:09-CV-00128 BSM**

**DAVID H. ARRINGTON OIL AND GAS, INC.**                                **DEFENDANT**

## JUDGMENT

Pursuant to the order entered today, judgment is granted to plaintiffs against defendant. Plaintiffs are awarded damages in the following amounts: $120,717 payable to D.T. Hargraves, Jr., plus postjudgment interest of .22% per annum until paid; and $439,971 payable to DeMan Farms, LLLP, plus postjudgment interest of .22% per annum until paid.

IT IS SO ORDERED this 8th day of November, 2010.

_____
UNITED STATES DISTRICT JUDGE